FILED

04/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0086

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 24-0086

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE THE ESTATE OF ROBERT BRENDEN, ROD BRENDEN, Personal Representative, | ) ) ) |
| | ) **ORDER** |
| BARBARA JENSEN, | ) **GRANTING** |
| | ) **APPELLANT JILL** |
| Third Party Plaintiff and Appellee, | ) **BRENDEN'S** |
| | ) **MOTION FOR** |
| v. | ) **EXTENSION OF** |
| | ) **TIME TO FILE** |
| JILL BRENDEN, an individual, | ) **OPENING BRIEF** |
| | ) |
| Third Party Defendant and Appellant, | ) ) |

Based upon the Appellant's Unopposed Motion for Extension of Time to File Opening Brief, and good cause appearing:

IT IS HEREBY ORDERED that pursuant to M. R. App. P. Rule 26(1) the Appellant Jill Brenden is hereby granted an extension of time to file her Opening Brief. Appellant's Opening Brief is now due on or before May 20, 2024.

By: _____

Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 16 2024